UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00104-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MARK MARTIN, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARK MARTIN, Case No.  2:21-cr-00104-TLN  Charge 21 U.S.C. § 846 and 841(a)(1), from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  100,000.00

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    __X__ Third Party Custody

    __X__ Conditions as stated on the record

    \_\_\_\_\_ (Other): The Defendant is ordered to be released on

    __X__ June 4, 2021 at 10:00 a.m. to the 3rd party custodian, Chasity Ann Martin.

Issued at Sacramento, California on June 03, 2021 at 3:10 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE