UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00104-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MARK MARTIN, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARK MARTIN, Case No.  2:21-cr-00104-TLN  Charge 21 U.S.C. § 846 and 841(a)(1), from custody for the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $

__X__   Unsecured Appearance Bond $   100,000.00

      Appearance Bond with 10% Deposit

__X__   Third Party Custody

__X__   Conditions as stated on the record

(Other): The Defendant is ordered to be released on

__X__   June 4, 2021 at 10:00 a.m. to the 3rd party custodian, Chasity Ann Martin.

Issued at Sacramento, California on June 03, 2021 at 3:10 p.m.

*[signature]*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE