UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK MARTIN,<br><br>    Defendant. | Case No. 2:21-cr-00104-TLN<br><br>**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARK MARTIN,  Case No.  2:21-cr-00104-TLN  Charge 21 U.S.C. § 846 and 841(a)(1), from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

    __X__    Unsecured Appearance Bond $   100,000.00

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    __X__    Third Party Custody

    __X__    Conditions as stated on the record

               (Other): The Defendant is ordered to be released on

    __X__    June 4, 2021 at 10:00 a.m. to the custody of his son,

               Mark A. Martin, Jr.

Issued at Sacramento, California on June 4, 2021 at 7:30 a.m.

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE