JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Mark A. Martin, Sr.

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-cr-00104-TLN |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER TO MODIFY |
| v. ) | DEFENDANT'S RELEASE CONDITIONS |
| ) | |
| MAURICE BRYANT et al., ) | |
| ) | |
| Defendant. ) | |

Defendant Mark A. Martin, Sr.'s Special Condition of Release #12 (ECF 62) is hereby

modified to state:

*"(12) You must not associate or have any contact with the co-defendants named in the*

*Indictment, with the exception of your brother whom you shall not discuss the case with, unless*

*in the presence of counsel or otherwise approved in advance by the pretrial services officer."*

IT IS SO ORDERED

Dated:  December 21, 2021

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE