JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MARK A. MARTIN, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK A. MARTIN, Sr.,<br><br>    Defendant. | No. CR-S-21-CR-104-TLN<br><br>DEFENDANT'S WAIVER OF APPEARANCE; ORDER<br><br>Honorable Troy L. Nunley |

     Pursuant to Fed.R.Crim.P. 43, defendant, MARK A. MARTIN, Sr., hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, specifically scheduled for Thursday, June 23, 2022, at 2:00.  Mr. Martin is requesting to waive his presence for the noted hearing only.[1]

     Defendant hereby requests the Court to proceed in his absence pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.  The defendant further acknowledges he has been informed of his rights under Title 18 U.S.C §§ 3161-3174 (The

---

[1] Should the matter continue or be re-scheduled, Mr. Martin Sr. may choose to request his presence for that/those hearing(s) be waived as well via a subsequent waiver request.

Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

Dated: June 17, 2022

        /S/ Mark A. Martin, Sr.
MARK A. MARTIN Sr.
(Original retained by attorney)

    I concur in Mr. Martin's decision to waive his presence at the specifically requested proceeding occurring on June 23, 2022.

Dated: June 17, 2022                                         Respectfully submitted,

    /S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
MARK A. MARTIN, Sr.

## ORDER

    IT IS SO ORDERED.

Dated: June 21, 2022

Troy L. Nunley
United States District Judge