```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Mark A. Martin
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.: 2:21-CR-104-TLN |
|                                     ) | |
|             Plaintiff,              ) | STIPULATION AND ORDER |
|                                     ) | |
| vs.                                 ) | Date:  August 1, 2024 |
|                                     ) | Time:  9:30 a.m. |
| MARK A. MARTIN,                     ) | Judge: Honorable Troy L. Nunley |
|                                     ) | |
|             Defendant.              ) | |
|                                     ) | |

    Sentencing in this matter, as to Mr. Martin, is presently set for August 1, 2024, at 9:30 a.m.  The request is to continue Mr. Martin's judgment and sentencing to September 26, 2024, at 9:30 a.m.  Assistant United States Attorney Cameron Desmond and United States Probation Officer Erica Tatum have been advised of this request and have no objection.

    Additional time is requested as the Presentence Report related to Mr. Martin was published on July 23, 2024 (ECF 555).  As such, the Parties request the Court adopt the following schedule pertaining to the presentence report:

    **Judgment and Sentencing date:**               **09/26/24**
                                                   **(@ 9:30 a.m.)**
    Sentencing Memorandum & Reply or
    Statement of Non-Opposition:                   09/19/24

    Motion for Correction of the Presentence

```
        Report Shall be filed with the Court and
        served on the Probation Officer and
        opposing counsel no later than:             09/12/24


        The Presentence Report shall be filed
        with the Court And disclosed to counsel
        no later than:                              09/05/24

        Counsel's written objections to the
        Presentence Report Shall be delivered
        to the probation officer and opposing
        Counsel no later than:                      08/29/24


Dated: July 26, 2024                /S/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Mark A. Martin


Dated: July 26, 2024                Phillip A. Talbert
                                    United States Attorney

                                    by: /S/ Cameron Desmond
                                    CAMERON DESMOND
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of July 2024.

_____
Troy L. Nunley
United States District Judge