JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Mark A. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21-CR-104-TLN |
| Plaintiff, | ) |
| | ) ORDER GRANTING REQUEST TO FILE |
| | ) SPECIFIC SECTIONS OF MR. MARTIN'S |
| vs. | ) SENTENCING MEMORANDUM AND |
| | ) EXHIBTIS "A" and "B" UNDER SEAL |
| MARK A. MARTIN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Request to file:

Page 2, line 2, through page 2, line 24;

Page 3, line 5, through page 3, line 26;

Page 4, line 8, through page 6, line 24; and

Exhibit "A" and "B" of Defendant's sentencing memorandum under seal is granted.

Page 2, line 2, through page 2, line 24;

Page 3, line 5, through page 3, line 26;

Page 4, line 8, through page 6, line 24; and

Exhibit "A" and "B" of Defendant's sentencing memorandum shall be filed under seal and remain under seal until further Order from the court.

Dated:  September 27, 2024

Troy L. Nunley
Chief United States District Judge